MICHAEL J. CARLSON, SR., Individually and as Administrator of the Estate of CLAUDIA D'AGOSTINO CARLSON, Deceased, and as Assignee of William Porter, Appellant, v AMERICAN INTERNATIONAL GROUP, INC., et al., Respondents, and DHL EXPRESS (USA), INC., Formerly Known as DHL WORLDWIDE EXPRESS, INC., Respondent.

Submitted December 7, 2015; decided February 18, 2016

Motion by New York State Trial Lawyers Association for leave to appear amicus curiae on the motion for leave to appeal herein granted and the brief is accepted as filed.

Judge GARCIA taking no part.

JEAN JAMES CHARITE et al., Appellants, v DUANE READE, INC., et al., Respondents, et al., Defendants.

Submitted February 16, 2016; decided February 18, 2016

Motion by National Employment Lawyers Association/New York for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Three copies of the brief must be served and an original and nine copies filed within seven days.

RICHARD (RICARDO) CORDERO, Appellant, v VIVIANA BARREIRO-CORDERO et al., Respondents.

Submitted December 21, 2015; decided February 18, 2016

Motion for reargument of motion for leave to appeal denied [see 26 NY3d 1030 (2015)].

Chief Judge DIFIORE and Judge GARCIA taking no part.